UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 9:15-CV-81001-ROSENBERG/HOPKINS

PATRICIA KENNEDY,

    Plaintiff,

v.

5096 FOREST HILL INVESTMENTS, LLC,

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon its separate Order Granting Plaintiff's Motion for Default Judgment. It is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Patricia Kennedy, and against Defendant, 5096 Forest Hill Investments, LLC.

2. Defendant shall bring its property – "Abbey Park," located at 5096 Forest Hill Blvd., West Palm Beach, Palm Beach County, Florida into compliance with the Americans With Disabilities Act, 42 U.S.C. § 12181 et. seq. ("ADA") and the Florida Accessibility Code ("FAC") and adopt and enforce policies to ensure continued compliance.

3. The Plaintiff is entitled to recover her attorney's fees, costs, and litigation expenses as follows: $4,200.00 in attorney's fees and $485.00 in costs, for a sum total of $4,685.00, for which let execution issue.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of October, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record